Fariba PARNIANI, an individual and a citizen of the State of Minnesota, Appellant,

v.

CARDINAL HEALTH, INC.; XL Capital Ltd.; Sedgwick Claims Management Services, Inc.; The Hartford; Cumberland Pharmaceuticals, Inc.; April Ulrickson, as an individual and in her official capacity as Examiner for co-defendant Sedgwick; Lynn Johnson, as an individual and in her official capacity as Supervisor for co-defendant Sedgwick; David A. North, as an individual and in his official capacity as CEO for co-defendant Sedgwick; Kerry Clark, as an individual and in his official capacity as President and Chief Executive Officer for co-defendant Cardinal Health; Carole Watkins, as an individual and in her official capacity as Executive Vice President, HR for co-defendant Cardinal Health; Jeff Russell, as an individual and in his official capacity as Director of HR for co-defendant Cardinal Health; Jean Niece, as an individual and in her official capacity as Director, Client Services for co-defendant Cardinal Health; Beth Catlett, as an individual and in her official capacity as Supervisor, Sales Administration for co-defendant Cardinal Health; Yvonne L. Long, as an individual and in her official capacity as Sales Administration Specialist for co-defendant Cardinal Health; Al Kazimi, as an individual and in his official capacity as Chief Executive Officer for co-defendant Cumberland Pharmaceutical; James D. Aderhold, as an individual and in his official capacity as VP Sales and Marketing for co-defendant Cumberland Pharmaceutical; J. William Hix, as an individual and in his official capacity as Director, Sales for co-defendant Cumberland Pharmaceutical; Hanft Fride, a Minnesota law firm; Kathleen S. Bray, as an individual and in her official capacity as an attorney for co-defendant Hanft Fride; Nolan Segal, M.D., as an individual and in his official capacity in his affiliation with co-defendants Medical Evaluations, Inc., and Western Orthopaedic Surgery; Western Orthopaedic Surgery, a St. Louis Park based company with whom co-defendant Segal is affiliated; Medical Evaluations, Inc., a St. Louis Park, Minnesota based company with whom co-defendant Segal is affiliated, Appellees.

No. 07–2864.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 26, 2008.

Filed: Dec. 5, 2008.

Fariba Parniani, Bloomington, MN, pro se.

Kelly Dawn Dewitt, Todd David Steenson, Robert W. Vyverberg Jr., Holland & Knight, Chicago, IL, Mark Anthony Fredrickson, Paul C. Peterson, Kevin J. Rodlund, William Lawrence Davidson, Lind & Jensen, Eric Christian Tostrud, Lockridge & Grindal, Barbara Ann Zurek, Jenneane Louise Jansen, Erica Gutmann Strohl, Meagher & Geer, Minneapolis, MN, Gabriel Dean Johnson, John D. Kelly, Hanft & Fride, Duluth, MN, for Appellees.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Fariba Parniani appeals the district court's [1] dismissal of her diversity action. We conclude the district court did not abuse its discretion in denying default judgment against defendants XL Capital or The Hartford, *see* Fed.R.Civ.P. 55(a) (default judgment rule); *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 856 (8th Cir.1996) (standard of review), or in not sanctioning defense counsel, *see Alternative Sys. Concepts, Inc. v. Synopsys, Inc.*, 374 F.3d 23, 37 (1st Cir. 2004). Parniani's remaining arguments on appeal present no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Patrick J. Schiltz, United Stated District Judge for the District of Minnesota, adopting in part the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.